

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 4, 2021

Application granted.  The status conference scheduled for October 8, 2021 is hereby adjourned to November 5, 2021 at 12:30 p.m.  Time is excluded until November 5, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Hon. Ronnie Abrams
October 4, 2021

**By ECF**

The Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *United States v. Jasmin Reed*, 21 Cr. 347 (RA)

Dear Judge Abrams:

The Government writes on behalf of both parties to respectfully request that the upcoming status conference in this case, which is currently scheduled for October 8, 2021, at 11:00 AM, be adjourned for approximately thirty (30) days to a date and time convenient for the Court.  The purpose of the adjournment is to permit the parties to continue discussions concerning a potential pretrial resolution of this matter.  There has been one prior adjournment request, which was granted by the Court on July 12, 2021.

The Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from October 8 through the date of the rescheduled conference to allow additional time for the parties' discussions.  The Government has conferred with counsel for the defendant, who consents to the adjournment and exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: *s/ Jarrod L. Schaeffer*

Marguerite B. Colson
Jarrod L. Schaeffer
Assistant United States Attorneys
Tel.:  (212) 637-2587 / 2270

cc:     Counsel of Record (via ECF)