

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2021

**By ECF**

The Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted. The conference is adjourned to January 6, 2022 at 2:30 p.m. Time is excluded until January 6, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> November 22, 2021

Re:   *United States v. Jasmin Reed*, 21 Cr. 347 (RA)

Dear Judge Abrams:

The Government writes to respectfully request that the upcoming status conference in this case, which is currently scheduled for November 23, 2021, at 2:30 PM, be adjourned for approximately thirty (30) days to a date and time convenient for the Court. The purpose of the adjournment is to permit the parties to continue discussions concerning a potential pretrial resolution of this matter. There have been three prior adjournment requests, which were granted by the Court on July 12, 2021, October 4, 2021, and November 2, 2021.

The Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from November 23 through the date of the rescheduled conference to allow additional time for the parties' discussions. The Government has conferred with counsel for the defendant, who consents to the adjournment and exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:   */s/ Jarrod L. Schaeffer*
Marguerite B. Colson
Jarrod L. Schaeffer
Assistant United States Attorney
Tel: (212) 637-2270

cc:  Counsel of Record (via ECF)