# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

February 3, 2022

Hon. Ronnie Abrams
US District Court
40 Foley Square
New York, NY 10007

Re:   *U.S v. Reed* 21 cr 347 (RA)

Dear Judge Abrams:

I am counsel for Jasmin Reed in the above referenced matter.

Currently, a status conference is scheduled for February 8, 2022.

The Government and I have been actively discussing a non-trial resolution of the case. Accordingly, with consent of the Government, I respectfully request the conference be adjourned to March 23, 2022. It is my understanding this date is available on the Court's calendar.

Due to the ongoing Pandemic, coupled with Ms. Reed living in Virginia, Ms. Reed consents to the conference being held telephonically or by video communication.

I consent to an exclusion of time under the Speedy Trial Act.

> Respectfully submitted,
> /s/
> Jeffrey G. Pittell

cc:   Jarrod Schaeffer, AUSA
      Marguerite Colson, AUSA

---

Application granted. The conference is adjourned to March 23, 2022 at 2:30 p.m. and will be held remotely. Time is excluded until March 23, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 7, 2022