# MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

*Reply To:*                                              *Long Island Office*
**42-40 Bell Blvd,  Suite 302**                          **10 Bond St,  Suite 389**
**Bayside, New York  11361**                             **Great Neck, New York  11021**
**Tel  (516) 829-2299**                                  **Tel  (516) 829-2299**
***jp@jpittell.com***                                    ***jp@jpittell.com***

March 18, 2022

Hon. Ronnie Abrams
US District Court
40 Foley Square
New York, NY 10007

Re:    *U.S v. Reed* 21 cr 347 (RA)

Dear Judge Abrams:

I am counsel for Jasmin Reed in the above referenced matter.

Currently, a status conference is scheduled for March 23, 2022.

The Government and I have negotiated a plea agreement which will resolve the case. However, I do not anticipate being ready to proceed with a guilty plea proceeding by March 23rd.

Due to Ms. Reed having only appeared remotely on this case, it is my preference that she appear, in-person, before Your Honor, for the guilty plea proceeding.

Accordingly, based upon the foregoing and with consent of the Government, I respectfully request the pending status conference be converted to a plea proceeding and adjourned to April 12, 2022 at 12 p.m.  It is my understanding this date is available on the Court's calendar and the Government is available on this date.

I consent to an exclusion of time under the Speedy Trial Act.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:    Jarrod Schaeffer, AUSA
        Marguerite Colson, AUSA

Application granted. The plea is rescheduled to April 12, 2022 at 12:00 p.m. and will be held in person. Time is excluded until April 12, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161 (h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
March 21, 2022