# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
Tel (516) 829-2299
jp@jpittell.com

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
Tel (516) 829-2299
jp@jpittell.com

October 21, 2022

Hon. Ronnie Abrams
US District Court
40 Foley Square
New York, NY 10007

Re:   *U.S v. Reed* 21 cr 347 (RA)

Dear Judge Abrams:

> Application granted. The sentence is adjourned to January 13, 2023 at 10:00 a.m. Counsel shall refer to the Court's Individual Rules and Practices in Criminal Cases for the deadlines in which to file their submissions.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> October 24, 2022

I am counsel for Jasmin Reed in the above referenced matter.

Previously, Ms. Reed pled guilty pursuant to a plea agreement. The case is scheduled for sentencing on November 4, 2022.

By this letter, I respectfully request the sentencing be adjourned to January 13, 2023 at 10 a.m. which I understand is available on the Court's calendar.

I make this request as I seek additional time to prepare my Sentencing Memorandum to be submitted on behalf of Ms. Reed. Among other reasons, earlier this year, Ms. Reed gave birth to (her fourth) child and I request additional time for her to gather letters and other documents for inclusion in the Sentencing Memorandum.

I have conferred with the Government and they consent to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Jarrod Schaeffer, AUSA
      Marguerite Colson, AUSA